USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2021

# THE WEITZ LAW FIRM, P.A.

June 21, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

           Re:    Norris v. I Sodi LLC, et al
                  Case 1:21-cv-03783-AT

Dear Judge Torres:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for June 29, 2021, at 11:20 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                              Sincerely,

                              By: /S/   B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile:  (305) 704-3877
                                  Email: bbw@weitzfirm.com

---

GRANTED. The conference scheduled for June 29, 2021, is ADJOURNED to **July 29, 2021**, at **11:00 a.m.**, to be held telephonically. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827. By **July 22, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 22, 2021
       New York, New York

                                  ANALISA TORRES
                                  United States District Judge