# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/23/2021___

July 22, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

Re:    **Norris v. I Sodi LLC, et al**
**Case 1:21-cv-03783-AT**

Dear Judge Torres:

The Initial Pretrial Conference in this matter is currently scheduled for July 29, 2021, at 11:00 a.m., in your Honor's Courtroom. However, the parties have entered into and are currently holding settlement discussions in pursuit of a potential resolution of this matter. In order to conserve further attorney's fees and costs, parties have agreed to an adjournment of this conference in order to pursue resolution of this matter.

Therefore, the parties hereby respectfully request a 30-day adjournment of this Conference in order to allow for in-depth continued settlement discussions, to bring resolution to this matter.

Thank you for your consideration of this first joint extension request.

Sincerely,

Respectfully submitted,

By: _S/ B. Bradley Weitz_____     By: _S/ Steven Kirkpatrick_____
    B. Bradley Weitz, Esq.                    Steven Kirkpatrick, Esq.
    The Weitz Law Firm, P.A.                 Romer Debbas, LLP
    Bank of America Building                  275 Madison Avenue
    18305 Biscayne Blvd., Suite 214          New York, New York 10016
    Aventura, FL 33160                       Telephone: (212) 888-3100
    Telephone: (305) 949-7777                skirkpatrick@romerdebbas.com
    Facsimile: (305) 704-3877                Attorney for Defendants
    Email: bbw@weitzfirm.com
    Attorney for Plaintiff

GRANTED. The conference scheduled for July 29, 2021, is ADJOURNED to **September 13, 2021**, at **10:00 a.m.** By **September 6, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 23, 2021                  _____
      New York, New York                   **ANALISA TORRES**
                               United States District Judge